**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6836**

———————

AUTMUS PEEKS,

Petitioner - Appellant,

versus

S. R. WITKOWSKI, Warden; CHARLES MOLONY CON-
DON, Attorney General of the State of South
Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CA-95-3557-2-11)

———————

Submitted:  November 7, 1996      Decided:  November 19, 1996

———————

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Autmus Peeks, Appellant Pro Se. Donald John Zelenka, Chief Deputy
Attorney General, Lauri J. Soles, OFFICE OF THE ATTORNEY GENERAL OF
SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Peeks v. Witkowski, No. CA-95-3557-2-11 (D.S.C. Apr. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED